IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAY 31 A __ 33

JC Rodgers )
Complainant )
_____ )
Plaintiff )
) 1:06cv491-WKW
v. )
John E. Potter )
Postmaster General )
US Postal Service )
Defendant(s) )

## COMPLAINT

1. Plaintiff resides at 4331 Highway 141, Elba, AL 36323

2. Defendant(s)' name(s) United STATES Postal Service, John E Potter (PG)

   Location of principal office(s) of the named defendant(s) En' Washington DC

   Nature of defendant(s)' business Government Mail distribution

   Approximate number of individuals employed by defendant(s) Unsure

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ___ Termination of my employment.
   3. ___ Failure to promote me.
   4. ✓ Other acts as specified below: I'm out indefinetly due to these problems & the stress because of this I'm having to endure.

1

5. Plaintiff is:
   A. ___✓___ Presently employed by the defendant.
   ___ Not presently employed by the defendant. The dates of employment were
   _____. Employment was terminated because:

   (1) ___ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___✓___ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. ___ Other, as specified below: _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) **Debra Allums, white female, Officer in Charge**

8. The alleged discrimination occurred on or about **Aug 2004 – until – present day**

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

   I was hired Aug 9, 2004 with the US Postal Service. I completed my probation period with outstanding evaluations. Immediately following my probation period, Mrs Allum began to watch and judge + comment about my job performance to other employee's. I am a custodian along with another male, white male. He + I basically do the same job we are in the same class. but she tells him to order me around. If a job is not done correctly she is Ready to write me up. She has slandered my name through out the postal service. The proof is attached. She follows me around and the other white male she does nothing too. We are both level 3 custodians, but I am the one she is try to fire.

10. The alleged illegal activity took place at **The Enterprise Post Office, Enterprise AL**

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about __March 18 2005__. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

12. I seek the following relief:

   A. ✓ Recovery of back pay.
   B. ___ Reinstatement to my former job,

   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: 5/20/06

Signature of Plaintiff
4331 Highway 141
Elba, AL. 36323
334) 897-5385
Address & Telephone Number of Plaintiff