IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J.C. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00491-WKW |
| | ) |
| JOHN E. POTTER and | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 9th day of June, 2006.

           /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE