Rodney

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    United States Attorney
    Civil Process Clerk
    P. O. Box 197
    Montgomery, AL 36104

1:06cv491 (Cmp/smo (60 Dys))

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 4387

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Nancy Yarn
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Nancy Yarn                      6/16/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☑ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540