Rodaes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John E. Potter
   Postmaster General
   U. S. Postal Service
   475 L'Enfant Plaza, SW
   Washington, D.C. 20260-0010

1:06cv491 (Complaint 60 days)

2. Article Number
   (Transfer from service label)   7005 1160 0001 2962 4400

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  L. Subs                      ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   L. Subs                         6/19/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes