# EXHIBIT 1

Case 1:06-cv-00491-WKW-CSC   Document 9-2   Filed 08/15/2006   Page 1 of 2

 **UNITED STATES POSTAL SERVICE®**

**EEO Complaint of Discrimination In the Postal Service**
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| J. C. Rodgers | [redacted] | 4H-350-0093-055 |

| 4a. Mailing Address (Street or P.O. Box) | 4b. City, State, and Zip + 4 | |
|---|---|---|
| 4331 Highway 141 | Elba, Alabama 36323 | |

| 5. Email Address | 6. Home Phone | 7. Work Phone |
|---|---|---|
| RdgrsJC@cs.com | (334) 897-5385 | (334) 308-9300 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibility |
|---|---|---|
| Custodian | 3 | ☐ Yes  ☒ No |

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| Enterprise, Alabama Main Post Office | Debra Alum - OIC Postmaster |

AUG 1 2005

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| Earl W. Dawson | Union President |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State, and ZIP + 4 |
|---|---|
| 27 Woodland Ct. | Daleville, Alabama 36322 |

| 13e. Email Address | 13f. Home Phone | 13g. Work Phone |
|---|---|---|
| apwu332@graceba.net | (334) 598-8134 | (334) 702-7369 |

*Providing this information will authorize the Postal Service to send important documents electronically.*

**14. Type of Discrimination You Are Alleging**

☒ Race (Specify): Black
☐ Color (Specify):
☐ Religion (Specify):
☐ National Origin (Specify):
☐ Sex (Specify):
☒ Age (40+) (Specify): 54
☐ Retaliation (Specify Prior EEO Activity):
☐ Disability (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**
03/18/2005

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d)*

I was discriminated against based on my age and race when the postmaster wrote negative comments concerning my work performance, attendance, reliability etc. and sent it to The Injury Compensation Specialist via email. I am also being retaliated against for filing this complaint. I have requested information and have been denied it. I am followed around by the Postmaster, whereas my co-worker Mark Nelson(white male) isn't. There was also a caricuture from the postmaster's desk that was enlarged and placed on my work cart addressing "doing some actual work."

**17. What Remedy Are You Seeking to Resolve this Complaint?**

I am seeking compensatory damages for the insurmountable stress this illegal discrimination has place has placed me under.

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?**

☒ Yes (Date you received the Notice of Final Interview):   ☐ No

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| [signature] | 7-12-05 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| [signature] | |

PS Form 2565, March 2001 (Page 1 of 2)

MtDMSJ EXHIBIT 1