# EXHIBIT 4



JC Rodgers  
Complainant,

vs.

John E. Potter  
Postmaster General,  
United States Postal Service

May 25, 2006  
Case Number 4H-350-0093-05  
Appeal No. 01A55988

## COMPLAINANT REQUEST TO FILE CIVIL ACTION

Having exhausted the EEOC channel in filing a formal complaint, the complainant at this time wishes to file civil actions against the United States Postal Service. All timelines have been met (March 1, 2006 receipt of EEOC decision) and the complainant understands that the United States Postal Service has to be notified of his decision to file to suit.

Attached is all of the necessary paperwork involved in this case. The Agency assigned number and the EEOC appeal number have been listed above for reference.

Respectfully Submitted,

Earl W. Dawson  
Complainant Representative  
2256 Montgomery Highway #3  
Dothan, Alabama 36303  
Fax or Office Number 334.702.7369

MtDMSJ EXHIBIT 4

## CERTIFICATE OF SERVICE

I certify that on May 27, 2006, the request to file a civil suit was sent via express mail to the District Court and via first class mail to the agency.

Dino Sorbo
Southeast Area Appeals Processing Center
United States Postal Service
225 Humphreys Boulevard
Memphis, TN. 38166-0978

Office of the Clerk
United States District Court
PO Box 711
Montgomery, Alabama 36101-0711

Earl W. Dawson
Complainant Representative