1:06cv491-WKW

STRICKEN FROM THE RECORD AND

RETURNED TO NON-LAWYER PER

ORDER ENTERED 9/29/2006