IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| J.C. RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv491-WKW |
| | ) | |
| JOHN E. POTTER, Postmaster General, | ) | |
| and U.S. POSTAL SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 5, 2006, the plaintiff filed a response to the defendants' motion to dismiss by and through his representative Earl W. Dawson. *See* Doc. # 12. However, it does not appear that Mr. Dawson is a licensed attorney authorized to practice in this court. The plaintiff may represent himself, but he cannot be represented by a non-lawyer in this matter. Accordingly, it is

ORDERED that the plaintiff's response to the defendants' motion to dismiss, filed on September 5, 2006, by non-lawyer Dawson be and is hereby STRICKEN from the record and returned to Mr. Dawson. The Clerk of the Court is DIRECTED to send a copy of this order with the stricken pleading to Mr. Dawson and the plaintiff. It is further

ORDERED that, on or before October 16, 2006, the plaintiff shall file a response to the defendants' motion to dismiss.

Done this 29th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE