IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. C. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-491-WKW |
| | ) [wo] |
| JOHN E. POTTER, Postmaster General, | ) |
| and U. S. POSTAL SERVICE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 15) that this case be dismissed. No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 15) is ADOPTED;

2. The defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. # 9) is GRANTED;

3. This case is DISMISSED with prejudice; and

4. The costs of these proceedings are TAXED against the plaintiff.

An appropriate judgment will be entered.

Done this 30th day of November, 2006.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE