IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. C. RODGERS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 1:06-cv-491-WKW |
| ) | [wo] |
| JOHN E. POTTER, Postmaster General, ) | |
| and U. S. POSTAL SERVICE, ) | |
| ) | |
|     Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER,

JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice.  Costs of

these proceedings are taxed against the plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of November, 2006.


        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE